**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
Attorneys for Secured Creditor
Cory F. Woerner, Esquire (296702019)

In Re:

John S. Roberts,

                                    Debtor.

Order Filed on June 24, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:      24-18612-CMG

Chapter:      13

Hearing Date: 06/24/2026

Judge:      Christine M. Gravelle

| Recommended Local Form: | ☑ Followed | ☐ Modified |
|---|---|---|

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby ORDERED.

**DATED: June 24, 2026**

*Christine M. Gravelle*

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Page 2
In re: Roberts, John S. // 24-18612-CMG
Order Vacating Stay and Co-Debtor Stay

Upon the motion of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, ("Secured Creditor") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following Real property more fully described as:

27 Stratford Drive, Bricktown, New Jersey 08724.

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDEED that the Co-Debtor Stay of 11 USC 1301 is vacated.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

24-18612-CMG
22-012033
Order Vacating Stay

Page 3
In re: Roberts, John S. // 24-18612-CMG
Order Vacating Stay and Co-Debtor Stay

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who

entered an appearance on the motion.